IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | COURT NO. 1:06-CR-49-KS-JCG-1 |
| TOMMY BINGHAM | DEFENDANT |
| And | |
| **Wells Fargo Bank**<br>**Legal Order Processing**<br>**Post Office 1416**<br>**Charlotte, NC 28201** | GARNISHEE |

## ORDER QUASHING GARNISHMENT

THIS CAUSE came on for consideration on Plaintiff's Motion to Quash the Writ of Continuing Bank Garnishment [#35] issued in this action on the grounds that Wells Fargo does not have custody, control or possession of any property in which Tommy Bingham ("Defendant") maintains an interest.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on October 26, 2016, be and it is hereby quashed, and the Garnishee, Well Fargo, is hereby dismissed.

ORDERED AND ADJUDGED this ___4th___ day of ___January___, 2017.

                                                       s/Keith Starrett
                                                       HONORABLE KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE